Order affirmed on opinion of special term, with $10 costs and printing disbursements to be paid by the appellant.

---

LANGAN *v.* McCARTY *et al.*

(*Supreme Court, General Term, Third Department.* May 18, 1888.)

Appeal dismissed, with $10 costs.

---

HOTALLING *v.* BAGLEY.

PUTNAM *v.* NEW YORK CENT. & H. R. R. Co.

(*Supreme Court, General Term, Third Department.* May 18, 1888.)

Motion to go to the court of appeals denied.

---

PEOPLE *ex rel. v.* COMMISSIONER OF HIGHWAYS, ETC.

(*Supreme Court, General Term, Third Department.* May 18, 1888.)

Order affirmed, with $50 costs and printing disbursements.

---

HOTCHINS *v.* BALDWIN *et al.*

(*Supreme Court, General Term, Third Department.* May 18, 1888.)

Order reversed, with $10 costs and printing disbursements, and order for examination vacated, with $10 costs.